# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM, | CASE NO. 1:10-CV-01663-LJO-DLB PC |
| Plaintiff, | ORDER REGARDING DISCOVERY AND SCHEDULING ORDER AS TO |
| v. | DEFENDANT G. MILLER (DOC. 45) |
| ANTHONY ENENMOH, et al., | ORDER REQUIRING DEFENDANTS TO NOTIFY COURT OF REIMBURSEMENT |
| Defendants. | WITHIN THIRTY DAYS (DOC. 44) |

Plaintiff Steve Wilhelm ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Anthony Enenmoh, G. Miller, and J. Walker for violation of the Eighth Amendment. The Court issued a Discovery and Scheduling Order on January 4, 2012. Doc. 16. On March 6, 2012, Defendant G. Miller filed his answer. In the interest of judicial economy, the Court will apply the January 4, 2012 Discovery and Scheduling Order to Defendant Miller. Accordingly, it is HEREBY ORDERED that the Discovery and Scheduling Order, issued January 4, 2012, applies to Defendant Miller.

On March 1, 2012, the Court issued an order requiring Defendants to reimburse the United States Marshals Service for costs of effecting service of process. Doc. 44. The Court HEREBY ORDERS that Defendants are to file notice with the Court within thirty (30) days from the date of service of this order as to the status of the reimbursement.

IT IS SO ORDERED.

Dated:   **March 7, 2012**        /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

1