# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY ENENMOH, et al.,<br><br>    Defendants. | Case No. 1:10-cv-01663-LJO-DLB PC<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION AND MODIFYING SCHEDULE**<br><br>**ECF No. 50** |

    Plaintiff Steve Wilhelm ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Anthony Enenmoh, G. Miller, and J. Walker for deliberate indifference to a serious medical need in violation of the Eighth Amendment. On August 15, 2012, Plaintiff filed a motion for clarification.

    Plaintiff contends that on July 26, 2012, Plaintiff received a Clerk's notice regarding Plaintiff's requests for admission and production of documents. Plaintiff was notified that the requests should not be filed with the Court until there was a proceeding in which the discovery requests were at issue. Plaintiff contends that the discovery cutoff date is September 4, 2012. Plaintiff is confused as to why his discovery requests were returned.

    The Court addresses the motion as follows. If Plaintiff seeks discovery from Defendants, Plaintiff is required to serve Defendants, **not the Court**, with his discovery requests. The Court does not participate in discovery unless there is a dispute regarding discovery requests or the responses.

In the interest of justice, the Court will modify the discovery cutoff date and dispositive motion deadline. To expedite the proceeding, the Court will require that the parties respond to discovery requests within thirty (30) days, not forty-five (45) days, from the date of service of the discovery request.

Accordingly, it is HEREBY ORDERED that:

1. The discovery cutoff date, including the filing of motions to compel, is October 2, 2012;
2. The dispositive motion deadline is November 13, 2012;
3. Responses to written discovery requests shall be due thirty (30) days after the request is first served;
4. To ensure that the responding party has thirty (30) days after the request is first served to respond, discovery requests must be served at least thirty (30) days before the discovery deadline; and
5. All other provisions of the Court's January 4, 2012 discovery and scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **August 20, 2012**                    /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE