# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM,<br><br>            Plaintiff,<br><br>     v.<br><br>ANTHONY ENENMOH, et al.,<br><br>            Defendants. | Case No. 1:10-cv-01663-LJO-DLB PC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONDUCT PLAINTIFF'S DEPOSITION BY VIDEO CONFERENCE**<br><br>**(ECF No. 51)** |

On August 17, 2012, Defendants filed a request to conduct Plaintiff's deposition via video conference. Fed. R. Civ. P. 30(b)(4). Defendants' request to conduct Plaintiff Steve Wilhelm's deposition via video-conference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video-conferencing equipment if it is not already available.

IT IS SO ORDERED.

    Dated:  **September 11, 2012**                               /s/ *Dennis L. Beck*
                                                               UNITED STATES MAGISTRATE JUDGE