# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM, | CASE NO. 1:10-cv-01663-LJO-DLB PC |
| Plaintiff, | ORDER APPROVING PARTIES' STIPULATION |
| v. | |
| ANTHONY ENENMOH, et al., | ECF No. 55 |
| Defendants. | |

The Court has considered the parties' joint stipulation. Good cause appearing for that request, it is HEREBY ORDERED that:

1. Plaintiff withdraws his Motion to Dismiss Attorney General's Second Request for Deposition, filed August 27, 2012, and docketed at court docket number 54;

2. Plaintiff stipulates to Defendants' request to take his deposition by video conference;

3. Plaintiff dismisses his claim against Defendant Walker, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(ii).  Each side shall bear their own costs. Defendant Walker is dismissed from this action;

4. Plaintiff dismisses his claims for injunctive relief against Defendants Enenmoh and Miller, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(ii). Each side shall bear their own costs; and

5. This matter proceeds on Plaintiff's Eighth Amendment claim for money damages against Defendants Enenmoh and Miller.

IT IS SO ORDERED.

Dated:   September 11, 2012            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE