# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM, | CASE NO. 1:10-cv-01663-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT ROTMAN WITHOUT PREJUDICE |
| v. | |
| A. ENENMOH, et al., | ECF No. 52 |
| Defendants. | |

Plaintiff Steve Wilhelm ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 31, 2011, the United States Marshal returned the summons unexecuted as to Defendant Aron Rotman. ECF No. 27. On November 3, 2011, the Court issued an order for Plaintiff to show cause why Defendant Rotman should not be dismissed for failure to provide additional information to effect service of process. ECF No. 28. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days. ECF No. 52. No party filed a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 20, 2012, is adopted in full; and
2. Defendant Rotman is dismissed from this action without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**Dated:** September 13, 2012            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE