# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY ENENMOH, et al.,<br><br>　　　　　Defendants. | Case No. 1:10-cv-01663-LJO-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' REQUEST FOR DEPOSITION AS MOOT**<br><br>ECF No. 54 |

Plaintiff Steve Wilhelm ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Anthony Enenmoh and G. Miller for violation of the Eighth Amendment. On August 27, 2012, Plaintiff filed a motion, requesting that Defendants' second request for deposition by videoconference by denied. Plaintiff contends that Defendants had filed a notice with the Court on July 17, 2012 for the taking of a deposition on August 20, 2012, but failed to appear.

First, the motion is moot. The Court granted Defendants' August 17, 2012 request to conduct Plaintiff's deposition by videoconference. Second, an examination of the court docket indicates that there is no prior filing from Defendants requesting to take Plaintiff's deposition. Accordingly, Plaintiff's motion is HEREBY denied.

IT IS SO ORDERED.

　　Dated: **February 15, 2013**　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1